No. A–281. FILIPAS ET AL. *v.* LEMONS. C. A. 6th Cir. Application for further extension of time within which to file a petition for writ of certiorari, presented to JUSTICE O'CONNOR, and by her referred to the Court, is granted and the time for filing a petition for writ of certiorari is extended to and including November 26, 1982.

No. A–283. MASHPEE TRIBE ET AL. *v.* WATT, SECRETARY OF THE INTERIOR, ET AL. D. C. Mass. Application for stay, addressed to JUSTICE MARSHALL and referred to the Court, denied.

No. A–294. MCDONALD *v.* BRANIFF AIRWAYS, INC., ET AL. Bkrtcy. Ct. N. D. Tex. Application for stay, addressed to JUSTICE BRENNAN and referred to the Court, denied.

No. 81–802. CITY OF LOCKHART *v.* UNITED STATES ET AL. D. C. D. C. [Probable jurisdiction noted, 455 U. S. 987.] Motion of the Solicitor General for divided argument denied.

No. 81–1314. W. R. GRACE & CO. *v.* LOCAL UNION 759, INTERNATIONAL UNION OF THE UNITED RUBBER, CORK, LINOLEUM & PLASTIC WORKERS OF AMERICA. C. A. 5th Cir. [Certiorari granted, 458 U. S. 1105.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 81–1636. FLORIDA *v.* BRADY ET AL. Sup. Ct. Fla. [Certiorari granted, 456 U. S. 988.] Motion of Western Growers Association for leave to file a brief as *amicus curiae* granted.

No. 81–2101. PENNHURST STATE SCHOOL AND HOSPITAL ET AL. *v.* HALDERMAN ET AL. C. A. 3d Cir. [Certiorari granted, 457 U. S. 1131.] Motion of respondents Halderman et al. to dismiss the writ of certiorari as improvidently granted is denied.